IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARMEN L. CRAWFORD, and ANTWANIQUE L. CRAWFORD,<br><br>Petitioners,<br><br>vs.<br><br>ANGELA FOLTS-OBERIE,<br><br>Respondent. | 8:23CV7<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on Petitioner's Motion for Leave to Proceed in Forma Pauperis ("IFP"). Filing No. 4. Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 fee. 28 U.S.C. § 1914(a). On January 19, 2023, Petitioner was directed by the Court to submit the $5.00 fee or move to proceed IFP. Filing No. 3. As indicated in the Court's records, Petitioner filed both a motion to proceed IFP and paid the $5.00 fee on February 21, 2023.

Accordingly,

IT IS ORDERED that Petitioner's Motion for Leave to Proceed IFP, Filing No. 4, is denied as moot due to Petitioner's payment of the fee. The next step in this case is for the Court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the Rules Governing Section 2254 cases. The Court will conduct this review in its normal course of business.

Dated this 22nd day of February, 2023.

BY THE COURT:

*Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Court